NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AEON GROUP, LLC,**
*Appellant*

**v.**

**DEFENSE FINANCE AND ACCOUNTING SERVICE,**
*Appellee*

---

2015-1185

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 56142, 56251, Administrative Judge Diana S. Dickinson.

---

**JUDGMENT**

---

MICHAEL ROBERT RIZZO, Pillsbury Winthrop Shaw Pittman LLP, Los Angeles, CA, argued for appellant. Also represented by MARY ELIZABETH BUXTON.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRYANT G. SNEE, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* LOURIE and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 14, 2015          /s/ Daniel E. O'Toole
Date                       Daniel E. O'Toole
                           Clerk of Court